

# Court of Appeals

# First District of Texas

## BILL OF COSTS

No. 01-14-00138-CV

**Rolando Acevedo, et al.**

v.

**The O'Quinn Law Firm, John M. O'Quinn & Associates, LLP, and T. Gerald Treece, as Independent Executor of the Estate of John M. O'Quinn, deceased**

NO. 392,247-416 IN THE PROBATE COURT NO 2 OF HARRIS COUNTY

| TYPE OF FEE | CHARGES | PAID/DUE | STATUS | PAID BY |
|---|---|---|---|---|
| SUPP CLK RECORD | UNKNOWN | 07/23/2015 | UNKNOWN | UNK |
| MT FEE | $10.00 | 06/19/2015 | E-PAID | ANT |
| MT FEE | $10.00 | 03/17/2015 | E-PAID | ANT |
| MT FEE | $10.00 | 12/17/2014 | E-PAID | ANT |
| MT FEE | $10.00 | 09/04/2014 | E-PAID | ANT |
| CLK RECORD | $13,806.00 | 08/06/2014 | PAID | ANT |
| MT FEE | $10.00 | 07/18/2014 | E-PAID | ANT |
| RPT RECORD | $161.00 | 05/05/2014 | PAID | ANT |
| MT FEE | $10.00 | 03/26/2014 | E-PAID | ANT |
| MT FEE | $10.00 | 02/26/2014 | E-PAID | ANT |
| RPT RECORD | $792.00 | 02/19/2014 | PAID | ANT |
| FILING | $175.00 | 02/18/2014 | E-PAID | ANT |
| STATEWIDE EFILING | $20.00 | 02/18/2014 | E-PAID | ANT |

**The costs incurred on appeal to the First Court of Appeals Houston, Texas are $15,024.00.**

*Court costs in this case have been taxed in this Court's judgment*

I, **Christopher A. Prine,** Clerk of the Court of Appeals for the First District of Texas, do hereby certify that this is a true statement of the costs of appeal in this case.

**IN TESTIMONY WHEREOF,** witness my hand and the seal of the Court of Appeals for the First District of Texas, this September 11, 2015.

CHRISTOPHER A. PRINE
CLERK OF THE COURT